No. 00–6587.   RAEL v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–6589.   MENSAH v. WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA (NORRELL TEMP AGENCY).   Commw. Ct. Pa.   Certiorari denied.

No. 00–6590.   ZAMBRANO v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–6592.   G. W. v. EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES.   Ct. App. Colo.   Certiorari denied.

No. 00–6594.   WALCK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 00–6596.   VORA v. KOVACS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 00–6598.   LUMAN v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–6602.   PRITCHETT v. SMITH.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 00–6603.   NUBINE v. MARTIN.   C. A. 10th Cir.   Certiorari denied.

No. 00–6604.   THOMAS v. JOHNSTON, JUDGE, SUPERIOR COURT OF GEORGIA, MUSCOGEE COUNTY, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 00–6614.   MARTINEZ v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–6615.   SEPEDA v. DENSFORD.   C. A. 5th Cir.   Certiorari denied.

No. 00–6617.   KEYES v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 00–6622.   LAWRENCE v. NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.